## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>        Plaintiffs,<br><br>v.<br><br>SWEET LOU TRUCKING, INC., an Illinois corporation<br><br>        Defendant. | Case No.: 2015 C 10809<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Rowland |

## **MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 2, 2015 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon SWEET LOU TRUCKING, INC., an Illinois corporation was made on the Defendant on January 6, 2016 and a copy of the proof of service was filed with the court on January 13, 2016.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $2,744.23    Pension
        $2,526.96    Welfare
          $925.00    Attorneys fees
          $578.00    Court costs
        $6,774.19

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment against Defendant, SWEET LOU TRUCKING, INC., an Illinios corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $6,774.19

                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                        OF NORTHERN ILLINOIS PENSION AND
                        WELFARE FUNDS

                        s/John J. Toomey
                        ARNOLD AND KADJAN
                        203 N. LaSalle Street, Suite 1650
                        Chicago, IL 60601
                        Telephone No.: (312) 236-0415
                        Facsimile No.: (312) 341-0438
                        Dated: March 21, 2016